IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALEJANDRO ALRCON,

    Petitioner,

v.

DAN BERGER, Superintendent,
MacLaren Youth Correctional Facility,

    Respondent.

Case No. 6:19-cv-00698-IM

ORDER

**IMMERGUT, District Judge**

The Court **GRANTS** Petitioner's Motion for Voluntary Dismissal (ECF No. 24).

**IT IS SO ORDERED.**

DATED this 7th day of February, 2020.

Karin J. Immergut
United States District Judge

PAGE 1 - ORDER